# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AIX SPECIALTY INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                            Case No: 6:21-cv-1886-ACC-DCI

**GONG INVESTMENTS, LLC and
KENDEL PAGE, LLC,**

      **Defendants.**

## REPORT AND RECOMMENDATION

This cause comes before the undersigned *sua sponte* because Plaintiff AIX Specialty Insurance Co. (AIX) failed to respond to the Court's Order to show cause. Doc. 22 (the Order).

This case arises from an underlying state court case. In the state case, Defendant Kendal Page, LLC (Page) sued Defendant Gong Investments, LLC (Gong) alleging breaches of a lease. Doc. 1 ¶ 29. Page, the insured, had a general liability insurance contract with AIX, the insurer. *Id.* ¶¶ 11–18. Gong—purportedly an additional insured to the policy—notified AIX of the state case, *id.* ¶ 22, and AIX proceeded to defend Gong in the state case. *Id.* ¶ 25.

AIX thereafter filed this suit for declaratory relief. Doc. 1 (the Complaint). In this suit, a clerk's default has been entered against both Gong, Doc. 13, and Page, Doc. 20. AIX moved for default judgment against Gong, but the Court denied that motion without prejudice and ordered AIX to show cause why this case should not be dismissed for lack of subject-matter jurisdiction.[1]

---

[1] Specifically, the Court found that the amount-in-jurisdiction was not adequately addressed by the filings in this case. Doc. 22.

Doc. 22. The Order specified that a failure to show cause in writing by May 31, 2022 "may result in this case being dismissed without further notice." Doc. 22 at 4.

As the time to respond to the Order has since passed—with no response by AIX—the undersigned finds that this case is due to be dismissed pursuant to Local Rule 3.10 for AIX's failure to prosecute. Local Rule 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Based on the foregoing, the undersigned **Recommends** that the Complaint (Doc. 1) be dismissed, and the clerk be directed to close this case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**Recommended** in Orlando, Florida on June 17, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties