**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AIX SPECIALTY INSURANCE COMPANY,**

        Petitioner,

v.                                                 Case No.   6:21-cv-1886-ACC-DCI

**GONG INVESTMENTS, LLC and**
**KENDEL PAGE, LLC,**

        **Respondents.**

**ORDER**

This cause is before the Court on United States Magistrate Judge Irick's report recommending that the case be dismissed for lack of subject matter jurisdiction because the amount-in-controversy is not sufficient to invoke diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 23). After he issued an Order to Show Cause why the case should not be dismissed for lack of jurisdiction, AIX Specialty Insurance Company failed to respond. (Doc. 22).

Based on an independent *de novo* review of the record in this matter, and noting that AIX Specialty Insurance Company has failed to file an objection even though three weeks have passed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

- 2 -

1. The Report and Recommendation filed June 17, 2022 (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties